**DISMISS; and Opinion Filed August 10, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00949-CV

### THOMAS J. ELLIS, Appellant
### V.
### RYAN COOK, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-03026-B**

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Schenck
Opinion by Justice Schenck

Appellant's brief in this case is overdue. By order dated January 30, 2015, we ordered this appeal submitted without a reporter's record and appellant's brief to filed within thirty days because appellant failed to respond to our September 18, 2014 letter directing appellant to provide the Court with written verification he had requested the record and had paid for or made arrangements to pay for the record, or had been found entitled to proceed without payment of costs. By postcard dated March 3, 2015, we notified appellant the time for filing his brief had expired. We directed appellant to file his brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).


/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

140949F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

THOMAS J. ELLIS, Appellant

No. 05-14-00949-CV          V.

RYAN COOK, Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. CC-14-03026-B.
Opinion delivered by Justice Schenck.
Justices Bridges and Lang participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee RYAN COOK recover his costs of this appeal from appellant THOMAS J. ELLIS.

Judgment entered this 10th day of August, 2015.